**RODNEY S. DIGGS, ESQ. (SBN 274459)**
rdiggs@imwlaw.com
**ANTONIO K. KIZZIE, ESQ. (SBN 279719)**
akizzie@imwlaw.com
**YALDA PAYDAR, ESQ. (SBN 326081)**
ypaydar@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
**A Professional Law Corporation**
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 489-0028/Facsimile: (213) 489-0552

Attorneys for Plaintiffs, **VIRGINIA "VICKY" ZARAGOZA, an individual, and F.C., a minor, by and through her Guardian Ad Litem, JASMINE MUNOZ, an individual**

**BREANNE N. WESCHE, ESQ. (SBN: 306273)**
breanne@thegalvanlawfirm.com
**THE GALVAN LAW FIRM, PLLC**
6420 Richmond Avenue, Suite 332
Houston, Texas 77057
Telephone: (832) 767-4409/Facsimile: (956) 874-2038

Attorneys for Plaintiff , **L.S.C., a minor, by and through her Guardian Ad Litem, NANCY GONZALEZ, an individual**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGINIA "VICKY" ZARAGOZA, an individual, F.C., a minor, by and through her Guardian Ad Litem, JASMINE MUNOZ, an individual, and L.S.C., a minor, by and through her Guardian Ad Litem, NANCY GONZALEZ, an individual<br>*Plaintiffs,*<br><br>vs.<br><br>COUNTY OF RIVERSIDE, a | CASE NO.: **5:20-cv-01381**<br><br>**APPLICATION FOR ORDER APPOINTING GUARDIAN AD LITEM** |

municipal entity, and DOES 1-10, )
Inclusive, )
*Defendants.* )

1. Applicant: JASMINE MUNOZ
2. This application seeks the appointment of the following person as Guardian Ad Litem:
   a. JASMINE MUNOZ
   May be contacted by and through Rodney S. Diggs, Esq.
   Ivie, McNeill & Wyatt
   444 S. Flower St., Suite 1800
   Los Angeles, CA 90017
3. The Guardian Ad Litem is to represent the interests of the following minor persons:
   a. F.C.
   May be contacted by and through Rodney S. Diggs, Esq.
   Ivie, McNeill & Wyatt
   444 S. Flower St., Suite 1800
   Los Angeles, CA 90017
4. The persons to represented are minors:
   a. F.C. – Date of Birth: 05/01/2020
5. The Court should appoint a Guardian Ad Litem because the persons named in item 3 have causes of action on which suit should be brought. The minor person F.C. will file a lawsuit alleging civil rights violations and wrongful death claims arising out of the shooting death of decedent ANDREW CUEVAS, the minor's father.
6. The appointment of a Guardian Ad Litem is necessary because said minor person is under the age of 18.

7. The proposed Guardian Ad Litem's relationship to the persons she will be representing is as follows: Natural Mother – as of May 1, 2020.
8. The proposed Guardian Ad Litem is fully competent and qualified to understand and protect the rights of the persons she will represent and has no interests adverse to the interests of those persons.

Dated: July 13, 2020

**IVIE McNEILL WYATT**
**PURCELL & DIGGS**

By: ***/s/ Rodney S. Diggs***
**RODNEY S. DIGGS**
**ANTONIO K. KIZZIE**
**YALDA PAYDAR**
Attorneys for Plaintiffs
**VIRGINIA "VICKY" ZARAGOZA, an individual, and F.C., a minor, by and through her Guardian Ad Litem, JASMINE MUNOZ, an individual**

I, declare under penalty of perjury, under the laws of the United States of America, that the forgoing is true and correct.

Dated: July 13, 2020

***/s/ Jasmine Munz***
JASMIN MUNOZ, Declarant