JS-6

Eugene P. Ramirez (State Bar No. 134865)
 eugene.ramirez@manningkass.com
Lynn Carpenter (State Bar No. 310011)
 lynn.carpenter@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE and DEPUTY DAVID ANDERSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIRGINIA "VICKY" ZARAGOZA, an individual, F.C., a minor, by and through her Guardian Ad Litem, JASMINE MUNOZ, an individual, and L.S.C., a minor, by and through her Guardian Ad Litem, NANCY GONZALEZ, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a municipal entity, DEPUTY DAVID ANDERSON #5097, an individual, and DOES 2-10, Inclusive,<br><br>Defendants. | Case No. 5:20-CV-01381-SSS-SPx<br>*[Assigned to The Hon. Sunshine S. Sykes]*<br><br>**JUDGMENT** |

After a Jury Trial conducted on January 29, January 30, January 31, February 1, February 5, February 6, February 7, February 8, and February 9, 2024, the Jury has rendered a **Verdict in favor of defendants** DEPUTY DAVID ANDERSON and the COUNTY OF RIVERSIDE on all operative claims and causes of action brought by plaintiffs VIRGINIA "VICKY" ZARAGOZA individually; F.C., by and through her Guardian Ad Litem GILBERT ZARAGOZA; and L.S.C., by and through her Guardian Ad Litem NANCY GONZALEZ, and such verdict was against the

plaintiffs.

1. Prior to submission of the case to the jury, plaintiffs and/or the Court had previously dismissed with prejudice all claims and/or causes of action not addressed in this Judgment herein below. Specifically, as to the Second Cause of Action – a claim for **Denial of Medical Care** pursuant to 42 U.S.C. § 1983 in violation of the Fourth Amendment to the United States Constitution by plaintiffs L.S.C. and F.C. against defendant DEPUTY DAVID ANDERSON [Second Cause of Action] – the Court **dismissed this cause of action with prejudice on February 9, 2024**, prior to the matter being submitted to the jury for deliberations.

In light of the foregoing, the Court hereby enters <u>Judgment</u> in this case as follows:

2. As to the First Cause of Action – a claim for **Excessive Force** pursuant to 42 U.S.C. § 1983 in violation of the Fourth Amendment to the United States Constitution by plaintiffs L.S.C. and F.C. against defendant DEPUTY DAVID ANDERSON [First Cause of Action] – the Court hereby enters **Judgment in favor of the defendant** on this cause of action and all claims therein. Accordingly, plaintiffs shall recover nothing as to this claim.

3. As to the Third Cause of Action – a claim for **Substantive Due Process – Interference with Familial Relations and Freedom of Association** pursuant to 42 U.S.C. § 1983 in violation of the Fourteenth Amendment to the United States Constitution by plaintiffs VIRGINIA "VICKY" ZARAGOZA, L.S.C., and F.C. against defendant DEPUTY DAVID ANDERSON [Third Cause of Action] – the Court hereby enters **Judgment in favor of the defendant** on this cause of action and all claims therein. Accordingly, plaintiffs shall recover nothing as to this claim.

4. As to the Seventh Cause of Action – a claim for California Government Code section 820 and California Common Law for **Battery** pursuant to section 815.2(a) of the California Government Code and section 43 of the California Civil Code by plaintiffs L.S.C. and F.C. against defendant DEPUTY DAVID ANDERSON

[Seventh Cause of Action] – the Court hereby enters **Judgment in favor of the defendants** on this cause of action and all claims therein. Accordingly, plaintiffs shall recover nothing as to this claim.

5. As to the Eighth Cause of Action – a claim for California Government Code section 820 and California Common Law for **Negligence** pursuant to section 815.2(a) of the California Government Code and section 43 of the California Civil Code by plaintiffs L.S.C. and F.C. against DEPUTY DAVID ANDERSON [Eighth Cause of Action] – the Court hereby enters **Judgment in favor of the defendants** on this cause of action and all claims therein. Accordingly, plaintiffs shall recover nothing as to this claim.

6. As to the Ninth Cause of Action – a claim under section 52.1 of the California Civil Code for **Violation of the Bane Act** pursuant to section 815.2(a) of the California Government Code by plaintiffs L.S.C. and F.C. against DEPUTY DAVID ANDERSON [Ninth Cause of Action] – the Court hereby enters **Judgment in favor of the defendants** on this cause of action and all claims therein. Accordingly, plaintiffs shall recover nothing as to this claim.

7. In light of the foregoing, the **Court hereby Orders that JUDGMENT shall be entered for all of the defendants in this action on all of the plaintiffs' remaining operative claims and causes of action in this civil action**; and that plaintiffs shall recover nothing as to any of their claims in this action.

8. The Court further Orders that defendants shall be permitted to recover their costs against plaintiffs VIRGINIA "VICKY" ZARAGOZA individually; F.C., by and through her Guardian Ad Litem GILBERT ZARAGOZA; and L.S.C., by and through her Guardian Ad Litem NANCY GONZALEZ, to the extent permitted under the applicable Federal Rules.

//
//

9. In light of the foregoing, except to retain jurisdiction to enforce this Judgment or other Order of this Court made in this action, and to rule upon an application for costs, **the Court hereby DISMISSES WITH PREJUDICE the entire action, and all claims and causes of action therein**.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: February 16, 2024

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

By: _____
Hon. Sunshine S. Sykes
UNITED STATES DISTRCT JUDGE

Respectfully Submitted:

DATED: February 14, 2024

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/ *Lynn Carpenter*
Eugene P. Ramirez
Lynn Carpenter
COUNTY OF RIVERSIDE and DEPUTY DAVID ANDERSON